**In Re: SIINVESTMENTS, A Florida General Partnership, Debtor,**

**Lori D. Ritenour, Steven G. Ritenour, Plaintiffs–Appellants,**

v.

**Les S. Osborne, Defendant–Appellee.**

No. 10–12627.

United States Court of Appeals, Eleventh Circuit.

April 21, 2011.

Kevin C. Gleason, Kevin C. Gleason, P.A., Hollywood, FL, for Plaintiffs–Appellants.

James Harris Fierberg, Akerman Senterfitt, Miami, FL, Eyal Berger, Akerman Senterfitt, Chad P. Pugatch, Rice, Pugatch, Robinson & Schiller, P.A., Ft. Lauderdale, FL, for Defendant–Appellee.

---

852

Before TJOFLAT and BARKETT, Circuit Judges, and STEELE,* District Judge.

PER CURIAM:

This is an appeal from the district court's order of June 3, 2010, confirming two orders of the bankruptcy court in this Chapter 11 case. In the district court, appellants claimed that the bankruptcy court erred in (1) declining to invalidate a 99–year lease that was assigned to the debtor, and (2) concluding that certain escalator provisions of the lease were waived for purposes of determining the cure amount owed to appellants. *See* 11 U.S.C. § 365(b)(1)(A). The district court found no such error and affirmed the challenged bankruptcy court rulings.

Having heard argument of counsel, we are convinced, for the reasons the district court stated in its June 3 order, that the bankruptcy court did not err as appellants claim. The district court's judgment therefore is

AFFIRMED.